No. 400. MASCOT OIL CO., INC., *v.* UNITED STATES. October 27, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Theodore B. Benson, Wm. Meyerhoff,* and *W. A. Sutherland* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States. See *ante,* p. 434.

No. 412. ROY & TITCOMB, INC., *v.* UNITED STATES. October 27, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Theodore B. Benson, A. C. Rearick,* and *Sidney P. Simpson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Lisle A. Smith* for the United States. See *ante,* p. 811.

No. 484. FEDERAL TRADE COMMISSION *v.* RALADAM CO. November 3, 1930. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted, limited to the question of the jurisdiction of the Federal Trade Commission. *Solicitor General Thacher, Assistant to the Attorney General O'Brian* and *Messrs. Claude R. Branch, Charles H. Weston, William G. Davis, Robert E. Healy,* and *Martin A. Morrison* for petitioner. *Mr. Thomas G. Long* for respondent.

No. 97. ROBERTS SASH & DOOR CO. *v.* UNITED STATES. November 24, 1930. In view of the conflict of decisions appearing since the former order of this Court, it is or-